**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**PORTLAND DIVISION**

Case No.    **3:10-CV-01069- BR**                                        Date: **June 27, 2011**

Case Title:    **Swanson v Wells Fargo Home Mortgage, et al**

Presiding Judge: **Anna J. Brown**                   Courtroom Deputy: **Bonnie Boyer**

Reporter:

**DOCKET ENTRY:** Order

    Defendants' Motion (#30) to Dismiss or, in the Alternative, Motion Strike and Defendants' Request for Judicial Notice (#31) or Incorporation by Reference were taken under advisement on 6/6/11. On 6/16/11, Defendants filed a Notice (#52) of Supplemental Authority. On 6/17/11, Plaintiff filed a Response (#51) and a Notice (#52) of Supplemental Authority. On 6/20/11, Defendant Providence Funding Associates filed a Motion (#53) for Joinder in Wells Fargo Bank's Motion to Dismiss. On 6/22/11, Plaintiff filed a Notice (#55) that she intends to file a response to Providence's Motion for Joinder. All of these filings related to Defendants' Motion (#30) to Dismiss were made without leave of Court after Defendants' Motion and Request were taken under advisement by the Court.

    Although leave of Court was not obtained by any of the parties, the Court will consider these after-the-fact pleadings. **Any response to Defendant Providence Funding Associates Motion (#53) for Joinder is due no later than 7/1/11.** No further filings as to Motion #30 or any other pending Motion will be permitted, however, until Defendants' Motion to Dismiss and these additional filings have been resolved. Nonetheless, if any party believes additional filings are necessary as to the pending Motions, they may seek leave of Court to make such additional filings at the close of oral argument.

    Oral argument will be heard on the above pending Motions at 2:00 pm on August 11, 2011 before Judge Anna J. Brown in courtroom 14A.

**Civil Minutes**
**Hon. Anna J. Brown**                                                                                                  (CivilMO blank.wpd)