David L. Koen, OSB No. 080941
david.koen@lasoregon.org
Andrea N. Ogston, OSB No. 053360
andrea.ogston@lasoregon.org
LEGAL AID SERVICES OF OREGON
921 SW Washington, Ste. 500
Portland, OR 97205
Telephone: 503.224.4086
Facsimile: 503.295.9496

Of Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| MARY E. SWANSON,<br>PLAINTIFF<br><br>v.<br><br>WELLS FARGO HOME MORTGAGE, a division of WELLS FARGO BANK, NA, a national corporation; WELLS FARGO BANK, NA, a national corporation; FEDERAL HOME LOAN MORTGAGE CORPORATION, a national corporation; PROVIDENT FUNDING ASSOCIATES, L.P., a California limited partnership; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., a Delaware corporation; W.J. BRADLEY MORTGAGE CAPITAL CORP., f/k/a MORGAN FINANCIAL, INC., an Oregon corporation; HARTFORD FIRE INSURANCE CO., a Connecticut | Case No. **3:10-CV-1069-BR**<br><br>**STIPULATED JUDGMENT OF DISMISSAL** |

Page 1 – STIPULATED JUDGMENT OF DISMISSAL

corporation; and **FIDELITY AND DEPOSIT COMPANY OF MARYLAND**, a Maryland corporation,

          **DEFENDANTS**

The above matter has been fully compromised and settled between plaintiff, Mary E. Swanson, and defendants Wells Fargo Home Mortgage, a division of Wells Fargo Bank, NA, Wells Fargo Bank, NA, Federal Home Loan Mortgage Corporation, Provident Funding Associates, L.P., and Mortgage Electronic Registration Systems Inc.

Plaintiff, by and through her attorneys of record, and defendants, by and through their attorneys of record, hereby stipulate to a judgment of dismissal of this action with prejudice and without costs or attorney fees to any party.

IT IS SO STIPULATED:

LEGAL AID SERVICES OF OREGON

By: *s/ David L. Koen*
    David L. Koen, OSB No. 080941
    Telephone: 503.224.4086
Of Attorneys for Plaintiff

DATED: 2/13/13

LANE POWELL PC

By: */s/ Brian T. Kiolbasa*
    Brian T. Kiolbasa, OSB No. 112890
    Telephone: 503.778.2100
Of Attorneys for Defendants Wells Fargo Home Mortgage, Wells Fargo Bank, N.A., Federal Home Loan Mortgage Corporation, and Mortgage Electronic Registration Systems, Inc.

DATED: 2/13/13

DUNN CARNEY ALLEN HIGGINS & TONGUE LLP

By: */s/ Timothy B. Hering*
    Timothy B. Hering, OSB No. 052820
    Telephone: 503.417.5371
Of Attorneys for Provident Funding Associates, L.P.

DATED: 2/13/13

## ORDER

Based on the foregoing stipulation, it is hereby

ORDERED AND ADJUDGED that plaintiff's claims against the above-entitled defendants, Wells Fargo Home Mortgage, Wells Fargo Bank, N.A., Federal Home Loan Mortgage Corporation, Mortgage Electronic Registration Systems, Inc., and Provident Funding Associates, L.P., are hereby dismissed with prejudice and without costs or attorney fees to any party.

DATED: February 14, 2013

_____
The Honorable Anna J. Brown